ELIJAH L. WYATT, d. b. a. *vs.* JOHN L. TAM, p. b. r.

Sussex County, April Term, 1894.

**Appeal. Justice of the Peace.**—In an appeal from a Justice of the Peace a set off may be shown though the record does not show that it was pleaded before the Justice ; the case proceeds on the appeal *de novo.*

This was an appeal from a Justice of the Peace in an action of assumpsit for the proceeds of a crop. The *narr* contained the common counts.

At the trial the defendant offered evidence of set off.

Statement.—Decision.

*W. H. Boyce,* for the plaintiff, objected on the ground that the record does not show that a set off was pleaded.

*C. W. Cullen,* for the defendant, replied.

PER CURIAM.   If the judgment below was final, the defendant would be barred, but when the case is taken up on appeal, the pleadings are *de novo,* and the entire case may be gone into.